**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **ZACHARY LUTZ,** | : | **CIVIL ACTION** |
| *Plaintiff,* | : | |
| | : | |
| **v.** | : | |
| | : | |
| **RAKUTEN, INC.,** *et al.,* | : | **No. 17-3895** |
| *Defendants.* | : | |

## ORDER

**AND NOW**, this **22ⁿᵈ** day of **April 2019**, upon consideration of Defendants' Motion to Dismiss (ECF No. 42), Plaintiff's Response thereto (ECF No. 44), Defendants' Reply (ECF No. 45), and Plaintiff's Sur-Response (ECF No. 48), and in conjunction with the Court's accompanying Opinion, it is hereby **ORDERED** as follows:

1. Defendants' Motion to Dismiss (ECF No. 42) is **DENIED IN PART** and **GRANTED IN PART**;

2. Defendants' Motion to Dismiss is **GRANTED** as to Defendant, Rakuten, Inc., only. Therefore, Rakuten, Inc. is **DISMISSED** from the instant action;

3. Defendants' Motion to Dismiss is **DENIED** as to Defendant, Rakuten Baseball, Inc.

4. Rakuten Baseball, Inc. must file an answer to Plaintiff's Complaint on or before May 6, 2019.

**BY THE COURT:**

_____
**CHAD F. KENNEY, JUDGE**